**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **REMMY AGUILAR, individually and on behalf of others similarly situated,** )<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| )<br>**v.** ) | Case No. 1:21-cv-02066-JMS-TAB |
| )<br>**REGIONS BANK,** )<br>) | |
| **Defendant.** ) | |

> Dismissal with prejudice acknowledged [39] as to Ms. Aguilar's individual claims. Dismissal without prejudice as to the putative collective action and class members.
> JMS, DJ 4/18/22
> Distribution via ECF

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys' fees and costs, except as set forth in their settlement agreement.

Dated: April 15, 2022

Respectfully submitted,

| | |
|---|---|
| By: /s Nicholas Conlon<br>Nicholas Conlon (Admitted PHV)<br>Brown, LLC<br>111 Town Square PL Suite 400<br>Jersey City, NJ 07310<br>T: (877) 561-0000<br>F: (855) 582-5297<br>nicholasconlon@jbtlawgroup.com | By: /s Justin A. Allen<br>Justin A. Allen #31204-49<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>111 Monument Circle, Suite 4600<br>Indianapolis, Indiana 46204<br>Telephone: (317) 916-1300<br>Facsimile: (317) 916-9076<br>justin.allen@olgetree.com |